## Case No. 3,808.

### The DEN ONZEHEREN.

[Cited in Stoughton v. Taylor, Case No. 13,-502. Nowhere reported; opinion not now accessible.]